

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Roche Surety Company/Forrest, Appellant

No. 06-22-00095-CR          v.

The State of Texas, Appellee

Appeal from the 361st District Court of Brazos County, Texas (Tr. Ct. No. 19-04703-CRF-361). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Roche Surety Company/Forrest, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 17, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk